The application is denied. There appears no error of law in the judgment complained of.

227 So.2d 594

**Delton VIDRINE et al.**

**v.**

**Levie A. VIDRINE.**

No. 50128.

Nov. 12, 1969.

In re: Delton Vidrine et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 225 So.2d 691.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.